# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-00080-01-CR-W-DGK |
| JEFFREY M. PERRY, | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 24, 2019, the Grand Jury returned a one-count Superseding Indictment charging that on or about October 2, 2018, the Defendant Jeffrey M. Perry, knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Defense Procurement/DPMS Inc., Model A-15,.223 caliber semi-automatic rifle, Serial Number F161596K; a Smith and Wesson, .40 caliber semi-automatic pistol, Serial Number FZD7896; and a Smith and Wesson, 9mm semi-automatic pistol, Serial Number PAU9669.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Don Michael Green
        Case Agent: Detective Frank Rorabaugh, Kansas City Police Department
    Defense: William J. Raymond and Jedrick H. Burgos Amador
        Sandy Schnack and Ashley Clowden

**OUTSTANDING MOTIONS**: A Report and Recommendation as to Defendant Perry's Motion to Suppress (Doc. #23) was filed on September 9, 2020. (Doc. #56.) On September 23, 2020, Defendant Perry filed an objection to the Report and Recommendation. (Doc. #58.)

**TRIAL WITNESSES**:
    Government: 8-10 with stipulations; 12-15 without stipulations
    Defendant: 2-3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 35-38 exhibits
    Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
Government's case including jury selection: 1-1½ day(s)
Defendant: 1/2 day(s)

**STIPULATIONS**: None at this time

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: **Due on or before October 6, 2020.**
Defendant: **Due on or before October 6, 2020**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

or before October 14, 2020.

Please Note: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before October 14, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for October 19, 2020.

**Please note:** Defense counsel requests the second week as defense counsel has a conflict the first week.

**IT IS SO ORDERED**

                                                    */s/ Lajuana M. Counts*
                                                    LAJUANA M. COUNTS
                                                    UNITED STATES MAGISTRATE JUDGE