# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00080-01-CR-W-DGK |
| ) | |
| JEFFREY M. PERRY, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 24, 2019, the Grand Jury returned a one-count Superseding Indictment charging that on or about October 2, 2018, the Defendant Jeffrey M. Perry, knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Don Michael Green
    Case Agent: Detective Brian J. Wellington, Kansas City Police Department
  Defense: pro se; standby counsel Jeffrey Alan Gedbaw

**OUTSTANDING MOTIONS**:

| 10/14/2020 | view77 | MOTION in limine by Jeffrey M Perry. Suggestions in opposition/response due by 10/28/2020 unless otherwise directed by the court. (Raymond, William) (Entered: 10/14/2020) |
|---|---|---|

**TRIAL WITNESSES**:
  Government: 8-10 with stipulations; 12-15 without stipulations
  Defendant: 2-4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
  Government: approximately 35-38 exhibits
  Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(x) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
Government's case including jury selection: 1-1½ day(s)
Defendant: 1/2 day(s)

**STIPULATIONS**: None at this time

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Second Proposed Exhibit List filed 6/17/20; Proposed Witness List filed 10/14/20 **Updated list(s) due on or before June 23, 2021.**
Defendant: Proposed Witness List filed 6/11/21 **Updated list(s) due on or before June 23, 2021**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before July 7, 2021.** Government filed its proposed voir dire and proposed jury instructions on 10/14/20.

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** The Defendant filed a motion in limine on 10/14/2020. **Due on or before July 7, 2021.**

**TRIAL SETTING**: Criminal jury trial docket set for July 12, 2021.

**Please note:** Standby counsel requests the first week as he has a trial starting on July 19, 2021.

**IT IS SO ORDERED**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE