# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:19-CR-00080-DGK-1 |
| JEFFREY M. PERRY, ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 13, 2019, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of being a felon in possession of firearms in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). ECF No. 99.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); L.R. 74.1(a)(2). Considering the evidence in the record and the lack of objection from either party, the Court adopts Judge Counts' Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the aforementioned crimes.

**IT IS SO ORDERED.**

Date: July 19, 2021     /s/ Greg Kays
                        GREG KAYS, JUDGE
                        UNITED STATES DISTRICT COURT